# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **Edin De Jesus Mendez Garcia** | Case Number: 19-cr-02981-FAG |
|  | **Nora K. Hirozawa** |
|  | *Defendant's Attorney* |

**REGISTRATION NO. 75937298**

THE DEFENDANT:

☒ pleaded guilty to count(s) 2 of the Information

☐ was found guilty to count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1325(a)(1) | Improper Entry by an Alien (Misdemeanor) | 2 |

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 1 of the Information is dismissed on the motion of the United States.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

30 DAYS

☒ Assessment: $10 WAIVED　　☒ Fine: WAIVED

☒ Court recommends USMS, ICE or DHS or other arresting agency return all property and all documents in the defendant's possession at the time of arrest upon their deportation or removal.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Monday, August 5, 2019
Date of Imposition of Sentence

HONORABLE F. A. GOSSETT, III
UNITED STATES MAGISTRATE JUDGE

19-cr-02981-FAG